# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **KRISTINA KING and KEN KING,** )<br>)<br>   **Plaintiffs,** )<br>)<br>v. )<br>)<br>)<br>**BNC FOOD GROUP, LLC and** )<br>**LONG JOHN SILVER'S, LLC,** )<br>)<br>   **Defendants.** )<br>) | **CIVIL ACTION NO.**<br><br>**1:19-cv-341-LY** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) Fed. R. Civ. P., Plaintiffs, Kristina King and Ken King, by and through their undersigned counsel hereby provide notice of their dismissal of this case with prejudice.

Respectfully Submitted, this 25th day of July 2019.

           **THE ADA GROUP, LLC**

           /s/ *Amanda L. Powell*
           Amanda L. Powell
           TX Bar No. 24081104
           4001 Carmichael Road, Suite 570
           Montgomery, Alabama 36106
           334.819.4032 p
           334.819.4032 f
           ALP@ADA-Firm.com
           *Attorney for the Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, and sent via electronic mail to the counsel for Defendants, as follows:

Richard M. Hunt
HUNT HUEY PLLC
1717 McKinney Ave., Suite 700
Dallas, TX 75202
Phone: (214) 641-9182
Facsimile: (214) 279-6124
rhunt@hunthuey.com
*Attorney for Defendants*

          **THE ADA GROUP, LLC**

          /s/ ***Amanda L. Powell***
          Amanda L. Powell
          *Attorney for Plaintiffs*