IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

KRISTINA KING AND KEN KING, §
          PLAINTIFFS, §
§ CAUSE NO. 1:19-CV-341-LY
V. §
§
BNC FOOD GROUP, LLC AND §
LONG JOHN SILVER'S, LLC, §
          DEFENDANTS. §

## FINAL JUDGMENT

Before the court is the above-entitled and numbered cause of action. On July 25, 2019, Plaintiff Plaintiffs file a Notice of Voluntary Dismissal with Prejudice (Doc #5). Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this 30th day of July, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE